IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN W. SCHAEFER,
Plaintiff,

v.

Case No. 18–CV–01183–JPG

USAA CASUALTY INSURANCE
COMPANY,
Defendant.

# **JUDGMENT**

This matter having come before the Court and the parties having stipulated to dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Kevin W. Schaefer's claims against Defendant USAA Casualty Insurance Company are **DISMISSED WITH PREJUDICE**.

Dated: February 6, 2020

MARGARET M. ROBERTIE
CLERK OF COURT

s/Tina Gray, Deputy Clerk

Approved by: s/ J. Phil Gilbert
               U.S. District Judge